UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Cortez Knight

        Plaintiff,

v.                                                Case No.: 3:11–cv–01024
                                                 Senior Judge John T. Nixon

Systech International LLC

        Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/20/2013.

                                                                     Keith Throckmorton, Clerk
                                                                     s/ Ann Frantz, Deputy Clerk